UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JESSE DANIEL BUCKLEY,

    Plaintiff,

vs.                                                CASE NO. 5:06cv53/RS

HON. BOBBY HADDOCK, in his official
capacity as Sheriff of Washington County
and JONATHAN RACKARD, in his individual
capacity,

    Defendants.
_____/

### ORDER

**I. SUMMARY JUDGMENT**

    This case is before me on remand from the United States Court of Appeals for the Eleventh Circuit for granting summary judgment as to Defendant Rackard. The Order dated March 21, 2007 (Doc. 42), is amended to incorporate the USCA opinion (Doc. 56) and summary judgment is granted as to Defendant Rackard. The clerk shall enter judgment dismissing Plaintiff's claims against Defendant Rackard, with prejudice.

**II. STATE COUNTS**

    Before me are Plaintiff's Motion for Summary Judgment on Liability as to the State Claims or Alternatively, Motion to Remand State Claims (Doc. 59) and

Defendant Haddock's Response to Plaintiff's Motion for Summary Judgment on Liability as to State Law Claims or, Alternatively Motion to Remand State Claims (Doc. 60).  Defendants' Motion for Summary Final Judgment (Doc. 14) only moved for summary judgment as to Counts I and II.  The Order dated March 21, 2007 (Doc. 42), inadvertently failed to address Defendant's motion to dismiss the state law claims.  Therefore, Plaintiff's state law claims have not been dismissed.

As Defendants correctly pointed out, a court may decline to exercise jurisdiction over state law claims where the court has dismissed all the federal claims over which it has original jurisdiction. 28 U.S.C. § 1367(c)(3) (1990); *Pintando v. Miami-Dade Housing Agency,* 501 F.3d 1241, 1243 (11th Cir. 2007). In this case, all the federal claims have been dismissed.  Plaintiff will not be barred from filing this claim in state court because the statute of limitation was tolled while the claim was pending. *See* 28 U.S.C. § 1367(d) (1990).  In the interests of judicial economy and fairness to the parties, Defendants' motion to dismiss the state law claims (Doc. 14) is GRANTED.  All state law claims are dismissed without prejudice.  Plaintiff's Motion for Summary Judgment on Liability as to the State Claims or Alternatively, Motion to Remand State Claims (Doc. 59) is denied as moot.

**IT IS ORDERED:**

1. Summary judgment is granted as to Defendant Rackard. The clerk shall enter judgment dismissing Plaintiff's claims against Defendant Rackard, with prejudice.

2. Defendants' motion to dismiss the state law claims (Doc. 14) is GRANTED. Plaintiff's state law claims are dismissed without prejudice.

3. Plaintiff's Motion for Summary Judgment on Liability as to the State Claims or Alternatively, Motion to Remand State Claims (Doc. 59) is denied as moot.

4. The clerk is directed to close the file.

**ORDERED** on March 17, 2009.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**